IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SABINA FARUQUI, NAJMUS FARUQUI, SUSHMA CHHABRA, and MICHAEL CHHABRA, ) ) ) ) | |
| Appellants, ) | Case No: 0:19-cv-60346-FAM |
| v. ) | |
| SCOTT N. BROWN, ) | |
| Appellee. ) | |

**APPELLANTS' UNOPPOSED MOTION FOR 10-DAY
ENLARGEMENT OF TIME TO SUBMIT INITIAL BRIEF**

Appellants, Sabina Faruqui, Najmus Faruqui, Sushma Chhabra and Michael Chhabra (collectively "Appellants"), hereby move this Court for a 10-day extension of time in which to file their Initial Brief in this matter, and in support thereof, state as follows:

1. On March 27, 2019, the record on appeal was transmitted to this Court [ECF No. 9]. Accordingly, the Appellants' current deadline to file their Initial Brief is April 26, 2019.

2. Appellants are in the process of preparing their Initial Brief, but will need a brief extension of time to do so. Appellants' counsel therefore requests a 10-day enlargement of time, through and including May 6, 2019, in which to complete and file their Initial Brief.

3. Counsel for Appellants certifies that he has conferred with counsel for the Appellee, who has advised that he does not oppose the requested 10-day extension.

4. This request is made in good faith and not for purposes of delay. A 10-day enlargement will not result in undue delay in the administration of this case. No other extensions have been previously requested by Appellants for the submission of their Initial Brief.

**WHEREFORE**, Appellants, Sabina Faruqui, Najmus Faruqui, Sushma Chhabra and Michael Chhabra, respectfully request that this Honorable Court enter an order enlarging the time for submission of their Initial Brief by ten (10) days, up to and including May 6, 2019.

Dated: April 25, 2019          Respectfully submitted,

*Attorneys for Appellants, Michael Chhabra, Sushma Chhabra, Sabina Faruqui and Najmus Faruqui*

*/s/ Riley W. Cirulnick*
Riley W. Cirulnick (Florida Bar No. 0333270)
rcirulnick@rprslaw.com
Rice Pugatch Robinson Storfer & Cohen PLLC
101 N.E. Third Ave., Suite 1800
Fort Lauderdale, FL  33301
Telephone:  (954) 462-8000
Facsimile:  (954) 462-4300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing this 25th day of April, 2019.

/s/Riley W. Cirulnick
Riley W. Cirulnick

6226.001